**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 21-1646**

─────────────

RALEIGH ROGERS,

                    Plaintiff - Appellant,

        v.

WELLS FARGO,

                    Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Robert J. Conrad, Jr., District Judge.  (5:19-cv-00006-RJC)

─────────────

Submitted:  November 18, 2021                    Decided:  November 19, 2021

─────────────

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Raleigh Rogers, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raleigh Rogers appeals the district court's order granting Wells Fargo's motion to dismiss. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rogers v. Wells Fargo*, No. 5:19-cv-00006-RJC (W.D.N.C. May 3, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*